UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN RIEVES, <br><br> Defendant. | Civil Action No. 1:24-cv-04913 |

## MOTION FOR CLERK TO ENTER DEFAULT

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") hereby files its motion that the Clerk enter default against Defendant Benjamin Rieves ("Defendant") pursuant to Fed. R. Civ. P. 55(a).

1. Chase filed its Complaint on October 28, 2024. *See* ECF No. 1.

2. The Complaint was served on Defendant on November 13, 2024. *See* ECF No. 5.

3. Defendant's Answer to the Complaint was therefore due on December 4, 2024. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Defendant has failed to plead or otherwise defend as to the Complaint.

5. Chase hereby moves that the Clerk enter a default against Defendant pursuant to Fed. R. Civ. P. 55(a).

6. Undersigned counsel hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 6, 2024

        Respectfully submitted,

        <u>/s/ Eva M. Spahn</u>
        Eva M. Spahn
        Bar No. 995675
        **GREENBERG TRAURIG, LLP**
        Terminus 200
        3333 Piedmont Road NE
        Suite 2500
        Atlanta, Georgia 30305
        (678) 553-2100 *telephone*
        (678) 553-2212 *facsimile*

        ***Attorney for Plaintiff JPMorgan Chase Bank, N.A.***

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel hereby certifies that the text of this document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Eva M. Spahn*
Eva M. Spahn
Georgia Bar No. 995675

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the CM/ECF system and that a copy of it was served via U.S. Certified Mail upon the following:

Benjamin D. Rieves
898 Society Circle SW
Atlanta, Georgia 30331

Benjamin D. Rieves
2520 Pleasant Hill Rd.
Duluth, Georgia 30096

*/s/ Eva M. Spahn*
Eva M. Spahn
