UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.**, *Plaintiff*, v. **BENJAMIN RIEVES**, *Defendant*. | **CIVIL ACTION** **FILE NO.: 1:24-cv-04913** |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff JPMorgan Chase Bank, N.A. ("***Chase***"), by and through its undersigned counsel, hereby files its *Motion for Default Judgment* against Defendant Benjamin Rieves ("***Defendant***") pursuant to Fed. R. Civ. P. 55, as follows:

1.

On October 28, 2024, Chase filed its Complaint. ECF No. 1.

2.

A summons was issued as to Defendant on November 5, 2024. ECF No. 4.

3.

Defendant was personally served with the summons and Complaint on November 13, 2024, and the proof of service was filed with the Court. ECF No. 5.

4.

Defendant's deadline to file a response to the Complaint was December 4, 2024. FED. R. CIV. P. 12.

5.

Defendant failed to file a response to the Complaint, so Chase filed a *Motion for Clerk to Enter Default* against Defendant. ECF No. 6.

6.

The Clerk entered a default against Defendant pursuant to Federal Rule of Civil Procedure 55 on December 11, 2024. Defendant is not a minor or incompetent person, nor is Defendant in military service of the United States or any of its allies.

7.

Chase requests that this Court enter a default judgment against Defendant awarding Chase $91,936.23 to Chase—comprised of the current overdraft amount on the Account and Chase's reasonable and necessary attorneys' fees and court costs—and such other and further relief as the Court may deem just and proper.

-3-

Dated: February 20, 2025.

                                                              Respectfully submitted,

                                                              */s/ Eva M. Spahn*
                                                              Eva M. Spahn
                                                             Bar No. 995675
                                                             **GREENBERG TRAURIG, LLP**
                                                             Terminus 200
                                                             3333 Piedmont Road NE
                                                             Suite 2500
                                                             Atlanta, Georgia 30305
                                                             (678) 553-2100 *telephone*
                                                             (678) 553-2212 *facsimile*

                                                             ***Attorney for Plaintiff***
                                                             ***JPMorgan Chase Bank, N.A.***

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel hereby certifies that the text of this document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

>*/s/ Eva M. Spahn*
>Eva M. Spahn
>Georgia Bar No. 995675

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the CM/ECF system and that a copy of it was served via U.S. Certified Mail, Return Receipt Requested upon the following:

Benjamin D. Rieves
898 Society Circle SW
Atlanta, Georgia 30331

Benjamin D. Rieves
2520 Pleasant Hill Rd.
Duluth, Georgia 30096

>*/s/ Eva M. Spahn*
>Eva M. Spahn