# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK, N.A.,** | |
| *Plaintiff*, | |
| | **CIVIL ACTION** |
| v. | |
| | **FILE NO.: 1:24-cv-04913** |
| **BENJAMIN RIEVES,** | |
| *Defendant*. | |

## <u>AFFIDAVIT OF ATTORNEYS' FEES AND COSTS</u>

STATE OF GEORGIA    §
                                        §
COUNTY OF FULTON  §

BEFORE ME, the undersigned authority, on this day personally appeared Eva M. Spahn, who after being duly sworn, deposed and stated under oath as follows:

1.      My name is Eva M. Spahn. I am over twenty-one years of age, of sound mind, and otherwise competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and all such statements are true and correct.

2.      I am an attorney licensed to practice law in the State of Georgia and in this District.  Plaintiff JPMorgan Chase Bank, N.A. ("*Chase*") engaged my firm, Greenberg Traurig, LLP ("*Greenberg Traurig*"), to represent it in this action against

Defendant Benjamin Rieves ("*Defendant*").

3.      I am familiar with the fees customarily charged for legal services performed by attorneys who practice commercial litigation in Georgia state and federal courts, as well as the expenses and costs customarily incurred in connection with such litigation. I also am familiar with the time required to prosecute commercial litigation matters, including claims similar to those at issue in this case.

4.      Chase has incurred attorneys' fees totaling $14,641.50 in connection with this action. This amount is reasonable and necessary based upon my education, training, and experience, as well as my assessment of the pleadings, timesheets, and billing summaries and my conversations with other attorneys working on this case. I have reviewed the redacted attorneys' fee invoices that are collectively attached as **Exhibit B-1**, and they fairly and accurately set forth detailed descriptions of the services performed (redacted to protect applicable privileges), by whom, when, the reasonable amount of time required to perform such services, and the reasonable hourly rate and charges for each person performing the services.

5.      The rates charged by Greenberg Traurig in this action are—in my professional opinion and based on my experience—reasonable and customary based on the skills, experience, and reputations of the respective attorneys who performed the work. Considering the types of claims at issue in this matter, attorneys' fees totaling $14,641.50 are reasonable and necessary. Chase has also incurred costs

totaling $430.00 in connection with this action. I have reviewed the fees, expenses, costs, and vendor bills submitted in this matter, and the $430.00 total is comprised of filing and service fees.

6.    Based on my experience, education, and training, the attorneys' fees and costs totaling $15,071.50 sought by Chase in this matter are both reasonable and necessary.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eva M. Spahn

SUBSCRIBED AND SWORN TO BEFORE ME on February 18, 2025.

_____
Notary Public – State of Georgia

# EXHIBIT B-1

# GT | GreenbergTraurig

| | |
|---|---|
| Invoice No. | ████████ |
| File No. | ████████ |

Bill Date  :  November 5, 2024

JPMorgan Chase
ELECTRONIC BLLING DO NOT MAIL
10 South Dearborn, 20th Floor
Chicago, IL  60603-2003

## **INVOICE**

Re:  JPMorgan/ Chase v. Benjamin D Rieves
      Claim #:LIT24038001

Legal Services through October 31, 2024:

| | | |
|---|---|---|
| Total Fees: | $ | 2,308.00 |

Expenses:

| | | | |
|---|---|---|---|
| Filing Fees | 405.00 | | |
| Total Expenses: | | $ | 405.00 |
| **Current Invoice**: | | **$** | **2,713.00** |

PF:RKP

████████

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at ▮▮▮▮▮▮▮▮.  To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note:  Payment is Due 30 Days from Date of Invoice

| *FOR YOUR CONVENIENCE,*<br>*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*<br>*FOR FEES & COSTS ARE AS FOLLOWS:* |
|---|

TO:                        ▮▮▮▮▮▮▮▮▮▮
ABA #:                  ▮▮▮▮▮▮
CREDIT TO:          GREENBERG TRAURIG ACCOUNT
ACCOUNT #:        ▮▮▮▮▮▮
**PLEASE**
**REFERENCE:**      **CLIENT NAME:**      **JPMORGAN CHASE**
                              **FILE NUMBER:**
                              **INVOICE NUMBER:**  ▮▮▮▮▮▮▮▮
                              **BILLING**
                              **PROFESSIONAL:**    Paul Ferak
IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
      Please contac ▮▮▮▮▮▮▮▮▮s@gtlaw.com for any payment related questions.

\*\*\*\*\*

Invoice No.: ███████                                                      Page  1
Re:            JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:  ████████████

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/12/24 | Christina M. Carroll | Revise breach of contract claim for B. Rieves' fraud. | 0.40 | 206.00 |
| 10/15/24 | Christina M. Carroll | Revise complaint with additional languag ███ | 1.00 | 515.00 |
| 10/15/24 | Morgan Jones | Review, analyze, and revise complaint against B. Rieves. | 0.40 | 100.00 |
| 10/15/24 | Morgan Jones | Review and analyze correspondence from/with client regardin ████████ | 0.50 | 125.00 |
| 10/16/24 | Christina M. Carroll | Revise complaint against B. Rieves with comments from ███████ | 1.00 | 515.00 |
| 10/23/24 | Eva M. Spahn | Revise draft complaint. | 0.30 | 132.00 |
| 10/24/24 | Morgan Jones | Finalize Complaint for filing (i.e., Review, analyze, and incorporate client's final revisions and comments (0.2). | 0.20 | 50.00 |
| 10/24/24 | Morgan Jones | Verify account balances in Complaints are accurate (0.1). | 0.10 | 25.00 |
| 10/24/24 | Morgan Jones | Review and analyze correspondence from client regardin ███████ | 0.10 | 25.00 |
| 10/24/24 | Eva M. Spahn | Prepare civil cover sheet. | 0.20 | 88.00 |
| 10/25/24 | Morgan Jones | Strategy regarding ██████████████ ███████████████ | 0.20 | 50.00 |
| 10/28/24 | Morgan Jones | Correspond with client regardin ████ | 0.20 | 50.00 |
| 10/28/24 | Morgan Jones | Coordinate filing complaint and correspond with local counsel regarding the same. | 0.30 | 75.00 |
| 10/28/24 | Eva M. Spahn | Finalize complaint for filing and work on clerk issues related to processing same. | 0.50 | 220.00 |
| 10/29/24 | Eva M. Spahn | Work on corporate disclosure statement. | 0.20 | 88.00 |
| 10/31/24 | Eva M. Spahn | Analyze notice from court approving corporate disclosure statement. | 0.10 | 44.00 |

Total Time:       5.70
Total Fees:                    $ 2,308.00

Invoice No.:    ████████                                                    Page  2
Re:             JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:     ████████

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/28/24 | VENDOR:  Hall, Heather INVOICE#: 69804 DATE: 10/29/2024<br>Filing  Fee; 10/28/2024 JPMorgan Chase/Rieves - Filing Fee; Merchant:<br>Georgia  Northern  District  Court | $ | 405.00 |
| | Total Expenses: | $ | 405.00 |

**GT** GreenbergTraurig

Invoice No.: ▮▮▮▮▮▮▮
File No.      ▮▮▮▮▮▮▮

Bill Date    :   December 3, 2024

JPMorgan Chase
ELECTRONIC BLLING DO NOT MAIL
10 South Dearborn, 20th Floor
Chicago, IL  60603-2003

## <u>INVOICE</u>

Re:   JPMorgan/ Chase v. Benjamin D Rieves
      Claim #:LIT24038001

<u>Legal Services through November 30, 2024</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 2,121.00 |
| **Current Invoice**: | **$** | **2,121.00** |

PF:EDL

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at ▮▮▮▮▮▮▮▮. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

| *FOR YOUR CONVENIENCE,*<br>*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*<br>*FOR FEES & COSTS ARE AS FOLLOWS:* |
|---|

TO:                 ▮▮▮▮▮▮▮▮▮
ABA #:           ▮▮▮▮▮
CREDIT TO:      GREENBERG TRAURIG ACCOUNT
ACCOUNT #:     ▮▮▮▮▮▮
**PLEASE**
**REFERENCE:**    **CLIENT NAME:**     **JPMORGAN CHASE**
                    **FILE NUMBER:**
                    **INVOICE NUMBER:**  ▮▮▮▮▮▮▮
                    **BILLING**
                    **PROFESSIONAL:**    Paul Ferak

<u>IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:</u>

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact ▮▮▮▮▮▮▮▮s@gtlaw.com for any payment related questions.

**\*\*\*\*\***

Invoice No.: ███████                                                                    Page  1
Re:            JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:  ███████████████

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/28/24 | Heather Hall | Finalizing and filing complaint and summons | 0.60 | 150.00 |
| 10/28/24 | Heather Hall | Telephone conference with Clerk regarding acceptance of new action and timing of issuance of permanent civil action number | 0.10 | 25.00 |
| 10/29/24 | Heather Hall | Finalizing and filing corporate disclosure statement | 0.20 | 50.00 |
| 11/01/24 | Heather Hall | Finalizing and electronically filing summons to B. Rieves | 0.20 | 50.00 |
| 11/01/24 | Carolyn Jones | Prepare a draft Corporate Disclosure statement and a draft Summons to be used in the Rieves matter. | 0.60 | 135.00 |
| 11/01/24 | Eva M. Spahn | Work on summons. | 0.10 | 44.00 |
| 11/01/24 | Eva M. Spahn | Correspondence with client regarding ████ ██████████ | 0.10 | 44.00 |
| 11/05/24 | Morgan Jones | Review and analyze correspondence related to service and summons. | 0.20 | 50.00 |
| 11/05/24 | Morgan Jones | Strategy related t ████████████████ | 0.20 | 50.00 |
| 11/05/24 | Eva M. Spahn | Strategize regarding ███████████████ █ | 0.20 | 88.00 |
| 11/06/24 | Heather Hall | Email to process server R. George regarding service of process on B. Rieves | 0.10 | 25.00 |
| 11/06/24 | Morgan Jones | Analysis related t ██████████████████ ███████████████████ | 0.30 | 75.00 |
| 11/06/24 | Eva M. Spahn | Correspondence related to service of process ████ | 0.10 | 44.00 |
| 11/07/24 | Heather Hall | Telephone call from process server R. George regarding service of process on B. Rieves | 0.20 | 50.00 |
| 11/07/24 | Heather Hall | Email to process server R. George regarding additional address information for service of process on B. Rieves | 0.10 | 25.00 |
| 11/07/24 | Morgan Jones | Strategy related ██████████████ | 0.30 | 75.00 |
| 11/11/24 | Christina M. Carroll | Confer with GT counsel regardin ████████ f | 0.20 | 103.00 |
| 11/11/24 | Heather Hall | Telephone conference with process server regarding service of process | 0.20 | 50.00 |
| 11/12/24 | Morgan Jones | Strategy regarding ██████████ | 0.40 | 100.00 |
| 11/13/24 | Christina M. Carroll | Confer with GT team about service of process. | 0.30 | 154.50 |
| 11/13/24 | Heather Hall | Telephone conference with process server regarding status of service of process | 0.20 | 50.00 |
| 11/13/24 | Heather Hall | Emails to/from Ms. Jone, Ms. Spahn, and Ms. Carroll regarding ████████ | 0.20 | 50.00 |
| 11/13/24 | Morgan Jones | Conferences with various businesses to determine Rieves' current place of employment (for purposes of effectuating service). | 0.40 | 100.00 |
| 11/13/24 | Morgan Jones | Analysis regarding the most effective way to effectuate service on Rieves (including ████████████████████████ ██████████████ ████████████████████k | 1.00 | 250.00 |

Invoice No.:    █████████                                                    Page  2
Re:             JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:     █████████

                                ██████████

| 11/13/24 | Morgan Jones | Analyze correspondence from process server and local counsel regarding service on Rieves. | 0.20 | 50.00 |
| 11/13/24 | Eva M. Spahn | Strategize regarding service of process on B. Rieves and process server request for additional information related to same. | 0.20 | 88.00 |
| 11/20/24 | Christina M. Carroll | Email with E. Spahn regarding ████████ | 0.10 | 51.50 |
| 11/20/24 | Heather Hall | Reviewing and electronically filing return of service | 0.20 | 50.00 |
| 11/20/24 | Eva M. Spahn | Analyze proof of service and work on filing same. | 0.10 | 44.00 |

Total Time:  7.30

Total Fees:  $ 2,121.00

Invoice No.:  ██████████                                                        Page  3
Re:          JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:  ██████████

<u>Description of Expenses Billed</u>:

<u>DATE</u>        <u>DESCRIPTION</u>                                    <u>AMOUNT</u>

<u>**No expenses charged to this file**</u>

**GT** GreenbergTraurig

| | |
|---|---|
| Invoice No | █████████ |
| File No.   : | ████████ |

Bill Date  :  January 16, 2025

JPMorgan Chase
ELECTRONIC BLLING DO NOT MAIL
10 South Dearborn, 20th Floor
Chicago, IL  60603-2003

# INVOICE

Re:  JPMorgan/ Chase v. Benjamin D Rieves
     Claim #:LIT24038001

Legal Services through December 31, 2024:

|  | | | |
|---|---|---|---|
| Total Fees: | $ | 2,642.50 |

Expenses:

| Off-site Printing and Copying Charges | 25.00 | | |
|---|---|---|---|
| Total Expenses: | $ | 25.00 |
| **Current Invoice**: | **$** | **2,667.50** |

PF:RKP

█████████████

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at ▮▮▮▮▮▮▮▮▮▮ To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note:  Payment is Due 30 Days from Date of Invoice**

| |
|---|
| ***FOR YOUR CONVENIENCE,*** <br> ***PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*** <br> ***FOR FEES & COSTS ARE AS FOLLOWS:*** |

TO:                              ▮▮▮▮▮▮▮▮▮
ABA #:                          ▮▮▮▮
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              ▮▮▮▮▮▮
**PLEASE
REFERENCE:**          **CLIENT NAME:**      **JPMORGAN CHASE**
                                    **FILE NUMBER:**      ▮▮▮▮▮▮
                                    **INVOICE NUMBER:** ▮▮▮▮▮▮
                                    **BILLING
                                    PROFESSIONAL:**    **Paul Ferak**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact ▮▮▮▮▮▮▮▮▮ gtlaw.com for any payment related questions.

**\*\*\*\*\***

Invoice No.:    ███████                                                        Page  1
Re:             JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:     ███████████

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/04/24 | Christina M. Carroll | Emails with GT team regarding ███████ ████ | 0.20 | 103.00 |
| 12/04/24 | Christina M. Carroll | Email with client regarding ████████ | 0.10 | 51.50 |
| 12/04/24 | Heather Hall | Emails from/to M. Jones regarding ████████ ███████████ | 0.20 | 50.00 |
| 12/04/24 | Heather Hall | Review docket to determine status of answer of Defendant Rieves. | 0.20 | 50.00 |
| 12/04/24 | Morgan Jones | Strategy regarding next steps. | 0.40 | 100.00 |
| 12/04/24 | Eva M. Spahn | Correspondence with team regarding ██████ ███████ | 0.10 | 44.00 |
| 12/05/24 | Heather Hall | Review docket to determine status of default. | 0.20 | 50.00 |
| 12/05/24 | Morgan Jones | Correspond with client regardin ████████ | 0.20 | 50.00 |
| 12/05/24 | Morgan Jones | Strategy regarding next step ████████████ ██████████████████████ | 0.40 | 100.00 |
| 12/05/24 | Morgan Jones | Analyze docket to confirm Rieves did not file anything by his response deadline. | 0.20 | 50.00 |
| 12/05/24 | Eva M. Spahn | Correspondence with team regarding ██████ ███████████████nd next steps in obtaining default. | 0.10 | 44.00 |
| 12/06/24 | Heather Hall | Revise and file motion for entry of Clerk's default. | 0.20 | 50.00 |
| 12/06/24 | Eva M. Spahn | Draft motion for clerk's default. | 0.30 | 132.00 |
| 12/11/24 | Morgan Jones | Analyze clerk's entry of default. | 0.20 | 50.00 |
| 12/11/24 | Eva M. Spahn | Analyze clerk's default. | 0.10 | 44.00 |
| 12/11/24 | Eva M. Spahn | Correspondence with GT team regarding | 0.10 | 44.00 |
| 12/17/24 | Heather Hall | Review docket to assist with motion for default judgment. | 0.20 | 50.00 |
| 12/17/24 | Eva M. Spahn | Correspondence with GT team regarding motion for default judgment. | 0.20 | 88.00 |
| 12/20/24 | Christina M. Carroll | Emails with GT team regarding default procedure and next steps. | 0.20 | 103.00 |
| 12/20/24 | Morgan Jones | Analyze wha ███████████████ | 0.40 | 100.00 |
| 12/20/24 | Morgan Jones | Analyze local rules related to default judgment procedure. | 0.30 | 75.00 |
| 12/20/24 | Morgan Jones | Conference with clerk regarding default judgment procedure. | 0.30 | 75.00 |
| 12/20/24 | Morgan Jones | Strategy/Analysis regardin ███████████ ████████████████████████████ ████████████. | 0.70 | 175.00 |
| 12/20/24 | Morgan Jones | Correspond with client regarding default judgment motion. | 0.20 | 50.00 |
| 12/20/24 | Eva M. Spahn | Work on issues related to default judgment, ████████████████████████ | 0.30 | 132.00 |
| 12/20/24 | Eva M. Spahn | Analysis into local rules related to same (.20). | 0.20 | 88.00 |

Invoice No.: ███████      Page 2
Re:        JPMorgan/ Chase v. Benjamin D Rieves
Matter No.: ███████

| 12/23/24 | Eva M. Spahn | Correspondence with M. Jones regarding motion for default judgment. | 0.10 | 44.00 |
| 12/27/24 | Morgan Jones | Draft brief in support of motion for default judgment. | 1.20 | 300.00 |
| 12/27/24 | Morgan Jones | Draft motion for default judgment. | 1.40 | 350.00 |
| | | Total Time: | 8.90 | |
| | | Total Fees: | | $ 2,642.50 |

Invoice No.:  ███████                                                           Page  3
Re:            JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:  ███████

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/13/24 | VENDOR:  TransUnion Risk & Alternative Data - ACH INVOICE#: 574224-202411-1 DATE: 12/1/2024 TruLookup Person Search - AdvancedBENJAMIN D RIEVES,DOB Search on 11/13/24 Req'd by/for Spagnoli, Rose | $ | 5.00 |
| 11/13/24 | VENDOR:  TransUnion Risk & Alternative Data - ACH INVOICE#: 574224-202411-1 DATE: 12/1/2024 TruLookup Comprehensive ReportBENJAMIN D RIEVES,32,ATLANTA,GA  on 11/13/24 Req'd by/for Spagnoli, Rose | $ | 20.00 |
| | | Total Expenses: | $  25.00 |

# GT GreenbergTraurig

| Invoice No. : | ▮▮▮▮▮ |
|---|---|
| File No. : | ▮▮▮▮▮ |

Bill Date : February 6, 2025

JPMorgan Chase
ELECTRONIC BLLING DO NOT MAIL
10 South Dearborn, 20th Floor
Chicago, IL 60603-2003

## **INVOICE**

Re: JPMorgan/ Chase v. Benjamin D Rieves
Claim #:LIT24038001

Legal Services through January 31, 2025:

|  | | |
|---|---|---|
| Total Fees: | $ | 7,570.00 |
| **Current Invoice**: | **$** | **7,570.00** |

PF:RKP
▮▮▮▮ ▮▮▮▮▮▮

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at ██████████. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

<table>
<tr><td colspan="2" align="center">***FOR YOUR CONVENIENCE,***<br>***PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT***<br>***FOR FEES & COSTS ARE AS FOLLOWS:***</td></tr>
</table>

TO:                    ██████████████
ABA #:                 ██████
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:             ██████████
PLEASE
REFERENCE:      CLIENT NAME:      JPMORGAN CHASE
                FILE NUMBER:
                INVOICE NUMBER:   ████████████
                BILLING
                PROFESSIONAL:     Paul Ferak

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact ████████████@gtlaw.com for any payment related questions.

\*\*\*\*\*

Invoice No.: ████████                                                      Page  1
Re:            JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:    █████████████

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/03/25 | Morgan Jones | Draft brief in support of motion for default judgment. | 0.60 | 150.00 |
| 01/03/25 | Morgan Jones | Draft motion for default judgment. | 0.40 | 100.00 |
| 01/06/25 | Morgan Jones | Draft brief in support of motion for default judgment. | 2.50 | 625.00 |
| 01/06/25 | Morgan Jones | Draft motion for default judgment. | 0.30 | 75.00 |
| 01/06/25 | Morgan Jones | Analyze ████████████████ | 0.40 | 100.00 |
| 01/06/25 | Morgan Jones | Analyze ██████████████ ███████████████████ ██ | 1.60 | 400.00 |
| 01/06/25 | Eva M. Spahn | Correspondence with GT team regarding ███ ██████████████ | 0.10 | 44.00 |
| 01/07/25 | Morgan Jones | Draft email to client regarding ███████████████████████ ████ | 0.80 | 200.00 |
| 01/08/25 | Christina M. Carroll | Revise motion for default and accompanying brief. | 0.40 | 206.00 |
| 01/08/25 | Christina M. Carroll | Email with M. Jones regarding ████████████ | 0.10 | 51.50 |
| 01/08/25 | Morgan Jones | Complete email to client regarding ███████████████████████ ████████████ | 0.30 | 75.00 |
| 01/08/25 | Morgan Jones | Strategize with GT team regarding ██████████████████████ | 0.50 | 125.00 |
| 01/08/25 | Morgan Jones | Analyze ██████████████████ ████ | 0.30 | 75.00 |
| 01/09/25 | Christina M. Carroll | Confer with M. Jones and E. Spahn regarding ██████████. | 0.30 | 154.50 |
| 01/09/25 | Christina M. Carroll | Emails with client regarding ██████████████ | 0.30 | 154.50 |
| 01/09/25 | Morgan Jones | Draft affidavit in support of motion for default judgment for execution by GT that proves-up attorneys' fees and costs. | 0.40 | 100.00 |
| 01/09/25 | Morgan Jones | Draft affidavit for execution by Chase that proves-up damages in support of motion for default judgment. | 0.40 | 100.00 |
| 01/09/25 | Morgan Jones | Strategy regarding █████████████████████████████ | 0.40 | 100.00 |
| 01/09/25 | Morgan Jones | Revise email to client regarding ███████████████████████ ████ | 0.50 | 125.00 |
| 01/09/25 | Morgan Jones | Draft response to client email regarding | 0.50 | 125.00 |

Invoice No.: ███████                                                    Page  2
Re:        JPMorgan/ Chase v. Benjamin D Rieves
Matter No.: ████████████

█████████████████████████████

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/25 | Morgan Jones | Analyze correspondence from client regarding ███████████ | 0.20 | 50.00 |
| 01/09/25 | Morgan Jones | Revise brief in support of motion for default judgment to remove references to punitive damages. | 0.60 | 150.00 |
| 01/09/25 | Morgan Jones | Revise motion for default judgment ████████ | 0.30 | 75.00 |
| 01/09/25 | Eva M. Spahn | Correspondences with client regarding ████████ | 0.20 | 88.00 |
| 01/09/25 | Eva M. Spahn | Analyze issue of ███████████ and develop strategy regarding ██████ | 0.50 | 220.00 |
| 01/10/25 | Morgan Jones | Analyze correspondence from client regarding ████████████████████████ | 0.40 | 100.00 |
| 01/10/25 | Morgan Jones | Draft affidavit in support of motion for default judgment for execution by GT that proves-up attorneys' fees and costs. | 0.90 | 225.00 |
| 01/10/25 | Morgan Jones | Revise brief and motion in support of default judgment. | 0.50 | 125.00 |
| 01/10/25 | Morgan Jones | Draft affidavit for execution by Chase that proves-up damages in support of motion for default judgment. | 0.80 | 200.00 |
| 01/13/25 | Christina M. Carroll | Emails with team regarding █████████████████ | 0.30 | 154.50 |
| 01/13/25 | Morgan Jones | Revise motion for default judgment to incorporate revisions and comments. | 0.60 | 150.00 |
| 01/13/25 | Eva M. Spahn | Revise and comment on motion for default judgment and brief in support of same. | 0.80 | 352.00 |
| 01/14/25 | Morgan Jones | Draft brief in support of motion for default judgment. | 1.50 | 375.00 |
| 01/15/25 | Heather Hall | Drafting notice of leave of absence for Ms. Spahn. | 0.00 | 0.00 |
| 01/15/25 | Morgan Jones | Analyze public records, Accurint Report, and TLO Report ██████████████████████████ | 0.40 | 100.00 |
| 01/15/25 | Morgan Jones | Revise brief in support of motion for default judgment. | 2.00 | 500.00 |
| 01/15/25 | Morgan Jones | Revise damages affidavits in support of motion for default judgment. | 0.50 | 125.00 |
| 01/15/25 | Morgan Jones | Revise motion for default judgment. | 0.30 | 75.00 |
| 01/16/25 | Morgan Jones | Revise brief in support of motion for default judgment. | 0.40 | 100.00 |
| 01/16/25 | Morgan Jones | Finalize analysis reports ███████████ | 0.20 | 50.00 |
| 01/16/25 | Morgan Jones | Draft email to client regarding ████████████████████ | 0.40 | 100.00 |
| 01/16/25 | Eva M. Spahn | Revise updated brief in support of motion for default judgment. | 0.60 | 264.00 |
| 01/21/25 | Heather Hall | Finalizing and electronically filing notice of leave of absence | 0.00 | 0.00 |
| 01/22/25 | Morgan Jones | Analyze correspondence from client regarding ████████████ | 0.40 | 100.00 |
| 01/23/25 | Christina M. Carroll | Revise final draft of default motion. | 0.40 | 206.00 |

Invoice No.: ████████                                                        Page 3
Re:           JPMorgan/ Chase v. Benjamin D Rieves
Matter No.: ████████

| 01/23/25 | Morgan Jones | Draft email to client regarding ████████ | 0.20 | 50.00 |
| 01/23/25 | Morgan Jones | Revise default judgment filings to incorporate client revisions and comments. | 0.70 | 175.00 |
| 01/24/25 | Morgan Jones | Evaluate whether ████████ | 0.50 | 125.00 |
| 01/29/25 | Morgan Jones | Correspond with client regarding ████████ | 0.30 | 75.00 |
| 01/30/25 | Morgan Jones | Prepare default judgment filings for submission to Court. | 0.40 | 100.00 |
| 01/30/25 | Morgan Jones | Correspond with client regarding ████████ | 0.10 | 25.00 |
| 01/31/25 | Morgan Jones | Analyze current status of matter to prepare ████████ | 0.20 | 50.00 |

|  | Total Time: | 26.70 |
|  | Total Fees: | $ 7,570.00 |

Invoice No.:  █████████                                                              Page  4
Re:              JPMorgan/ Chase v. Benjamin D Rieves
Matter No.:   █████████

<u>Description of Expenses Billed</u>:

<u>DATE</u>          <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**