# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>*Plaintiff,*<br><br>v.<br><br>**BENJAMIN RIEVES,**<br><br>*Defendant.* | CIVIL ACTION<br><br>FILE NO.: 1:24-cv-04913 |

**AFFIDAVIT REGARDING DEFENDANT'S STATUS**

STATE OF GEORGIA § §
COUNTY OF FULTON §

BEFORE ME, the undersigned authority, on this day personally appeared Eva M. Spahn, who after being duly sworn, deposed and stated under oath as follows:

1. My name is Eva M. Spahn. I am over twenty-one years of age, of sound mind, and otherwise competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and all such statements are true and correct.

2. I am an attorney and shareholder at Greenberg Traurig, LLP licensed to practice law in the State of Georgia and before this Court. I am counsel of record for Plaintiff JPMorgan Chase Bank, N.A. ("Chase") in this civil action, and I submit

this affidavit in support of Chase's Motion for Default Judgment against Defendant Benjamin Rieves ("Defendant").

3. Defendant is not a minor or incompetent person. Defendant is not in military service of the United States or any of its allies, as evidenced by the attached status report pursuant to the Servicemembers Civil Relief Act provided by the Department of Defense Manpower Data Center dated February 20, 2025. A true and correct copy of the Status Report is attached hereto as Exhibit C-1.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Eva M. Spahn

SUBSCRIBED AND SWORN TO BEFORE ME on February 20, 2025.

_____
Notary Public – State of Georgia



# EXHIBIT C-1

Department of Defense Manpower Data Center

Results as of: Feb-20-2025 11:49:57 AM EST

MLA 5.23



# Status Report
## Pursuant to Military Lending Act

| | |
|---|---|
| SSN: | XXX-XX-3871 |
| Birth Date: | Nov-XX-1991 |
| Last Name: | RIEVES |
| First Name: | BENJAMIN |
| Middle Name: | D |
| Status As Of: | Feb-20-2025 |
| Certificate ID: | D8MWZ5MS570Z7PC |

**Status**

Based on the information you provided, DMDC does not possess information indicating that the individual is either on active duty for more than 30 days or a family member of a service member on active duty for more than 30 days based on the Status Inquiry Date.

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the Status Inquiry Date as to the following branches: Army, Navy, Marine Corps, Air Force, Space Force, and Coast Guard.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

This inquiry system has been designed to support identification of borrowers covered by 32 C.F.R. Part 232, which legally protects covered military personnel and their family members from excessive interest rates. This Federal regulation, which implements 10 U.S.C. 987, defines covered borrowers as: (1) A regular or reserve member of the Army, Navy, Marine Corps, Air Force, Space Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or less, or such a member serving on Active Guard and Reserve duty as that term is defined in 10 U.S.C. 101(d)(6), (2) the member's spouse, (3) the member's child defined in 38 USC 101(4), or (4) an individual for whom the member provided more than one-half of the individual's support for 180 days immediately preceding an extension of consumer credit covered by 32 C.F.R. Part 232.

This inquiry system checks the enrollment of individuals in the centralized database of identity, military medical eligibility and enrollment, and benefits verification data on members of the DoD Components, members of the Uniformed Services, and other personnel as designated by the Department of Defense, and their eligible family members (called the Defense Enrollment and Eligibility Reporting System (DEERS) database).

The Defense Manpower Data Center (DMDC) is the Department of Defense organization that maintains the DEERS database. The data in DEERS is sent to DMDC from the Uniformed Services and DoD Components. The data is as current as the information received. The DEERS database can consistently identify most individuals included in the definition of covered borrowers with the exception of (4) above: an individual for whom the member provided more than one-half of the individual's support for 180 days immediately preceding an extension of consumer credit covered by 32 C.F.R. Part 232. Some covered borrowers in this category may not be included in the database.

This certificate was provided based on information provided by the requester. Providing an erroneous last name or SSN or date of birth will cause an erroneous certificate to be provided.